IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**TRELLINY T. TURNER,**

      **Petitioner,**

**v.**                                  **Case No. 4:13cv438-MW/CAS**

**UNITED STATES OF AMERICA,**

      **Respondent.**

_____/

**ORDER ACCEPTING
<u>REPORT AND RECOMMENDATION</u>**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No.10, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 11. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus filed under 28 U.S.C. § 2241, ECF No. 1, is **DISMISSED** for lack of jurisdiction." The Clerk shall close the file.

SO ORDERED on January 10, 2016.

                                            <u>**s/Mark E. Walker**          </u>
                                            **United States District Judge**